UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOLLETT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AEROTEK, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C20-6168 RSM<br><br>ORDER GRANTING DEFENDANT AEROTEK'S UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 83.1(D)(2) |

Defendant Aerotek Inc. is represented nationally by attorney William Corum who has applied for leave to appear *pro hac vice* and locally by attorney Scott Schauermann. Mr. Schauermann seeks relief from Local Civil Rule 83.1(D)(2) so that he may serve as *pro hac vice* local counsel despite not maintaining a physical office within the geographic boundaries of the Western District of Washington. Mr. Schauermann is licensed in Washington, admitted to practice before this Court, maintains a physical office in Portland, Oregon, and has previously been allowed to serve as *pro hac vice* local counsel before this Court. Having considered the matter, the Court ORDERS that the motion (Dkt. #22) is GRANTED.

Dated this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1