1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8

9
JASON MOLLETT,

10
                Plaintiff,               Case No.: 3:20-CV-06168 RSM

11
     v.

12
AEROTEK, INC., PINKERTON CONSULTING
& INVESTIGATIONS, INC., ELLIS &
13
ASSOCIATES INVESTIGATIONS LLC, PARK
PLAZA LLC, EDWARD WAYNE RHOADS and
14
ARLENE RHOADS, husband and wife, and their
marital community, JOHN DOES 1-10, and ABC
15
CORPORATIONS 1-10, unknown business
entities,
16

17
                Defendants.

**STIPULATED MOTION FOR
THE EXTENSION OF
DEADLINES**

18

19

20

21
**STIPULATION**

The parties to this action, by and through their undersigned counsel, request that
22

the Court extend the initial disclosures deadlines set forth in the docket text on December
23

17, 2020.  The parties have engaged in a limited amount of discovery while the case was
24

pending in State Court.  Plaintiff filed a Motion for Remand (Dkt. #25) which was noted
25

for the Court's consideration on January 22, 2021.  An extension may allow the parties to
26

STIPULATED MOTION FOR THE
EXTENSION OF DEADLINES
(3:20-cv-06168-RSM)

avoid any unnecessarily duplicative discovery under the Federal Rules if a decision to remand is granted.  There has been one prior extension of the initial disclosure deadlines.

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED this 12th day of February, 2021.

DALTON LAW OFFICE PLLC                CHOCK BARHOUM LLP


By:  /s/ Nicole T. Dalton                          By: /s/ Erica Deatherage
    Nicole T. Dalton, WSBA No. 38320          Erica Deatherage, WSBA No. 50520
*Attorneys for Plaintiff Jason Mollett*          *Attorneys for Defendants Ellis and Rhoads*



BETTS PATTERSON & MINES PS            HITT HILLER MONFILS WILLIAMS LLP


By:  /s/ S. Karen Bamberger                    By:  /s/ Scott T. Schauermann
    S. Karen Bamberger, WSBA No. 18478      Scott T. Schauermann
*Attorneys for Defendant Pinkerton*          *Attorneys for Defendant Aerotek, Inc. &*
                                                                  *Park Plaza*


**IN ACCORDANCE WITH THE STIPULATION OF THE PARTIES,** the Court **ORDERS** that the deadlines set in the Court's unnumbered, December 17, 2020 docket entry are hereby vacated and stricken pending a ruling on Plaintiff's motion for remand.  If necessary, the Court will reset deadlines at the appropriate time.

DATED this 23rd day of February, 2021.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE